# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ENESTO RANGEL, | ) | Case No. 2:15-cv-01571-LDG-NJK |
| | ) | |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| | ) | |
| PALMS RESORT AND CASINO, | ) | (Docket No. 24) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is Defendant's proposed discovery plan. Docket No. 24. The discovery plan is hereby DENIED without prejudice. *See* Local Rule 26-1(d) (discovery plans must be submitted jointly). Plaintiff is ORDERED to meet and confer with counsel for Defendants, in compliance with the Court's Local Rules, with regard to the proposed discovery plan. The parties must file a joint proposed discovery plan, no later than October 27, 2015.

The Court reminds Plaintiff that he is required to abide by all Federal and Local Rules of Procedure. Failure to do so may result in sanctions.

IT IS SO ORDERED.

DATED: October 14, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge